**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by ______ D.C.
MAY 12 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE DONALD L. GRAHAM
(Judge O'Sullivan Presiding)

CIVIL COURTROOM MINUTES

**Case No.** 04-21392 **Date:** 5-11-05

**Style:** Rafael Fernandez v. Silverstone Investments, Inc. and Juan Martinez

**Counsel for Plaintiff:** Antonio Campos, Esq.

**Counsel for Defendant:** Allan S. Reiss, Esq

**Reporter**: Carly Horenkamp **Courtroom Deputy:** Clara Foster

**Law Clerk:** Patricia Acosta

**Pretrial Conference**: The parties informed the court that they are ready for trial.

62